IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAY ALLEN JOHNSON,

    Defendant.

Case No. 4:21-CR-00019-RRB-SAO

## MOTION REQUESTING BAIL REVIEW HEARING

```
I certify this document and its attachments do not contain the (1) name of a victim of a
sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone
number of a victim of or witness to any offense unless it is an address identifying the place
of a crime or an address or telephone number in a transcript of a court proceeding and
disclosure of the information was ordered by the court.
```

COME NOW Defendant, Jay Johnson, by and through his attorney of record Jason A. Weiner, of Jason Weiner and Associates P.C., and hereby moves the court to schedule a bail review hearing in the above–captioned matter.

The Defendant would like to propose a 24 hour sight and sound third party custodian. Attached is the proposed third party's information for the court and state's attorney to review. Mr. Johnson is also able to post $1,000. Mr. Johnson is also willing to submit to GPS electronic monitoring and drug/alcohol monitoring with travel conditions. Defendant will comply with any and all other conditions of release, including but not limited to no alcohol, no firearms, and no weapons.

Mr. Johnson also wishes to make the Court aware that he has several medical issues that make his incarceration under the current conditions (in a 12 foot by 12 foot cell) dangerous and extremely painful. Mr. Johnson is 65 years old. Mr. Johnson has been experiencing chest pains.

JASON WEINER AND
ASSOCIATES, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel : (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Upon arrival at FCC, his blood pressure was 176/110, and about a week ago it was 116/110. Mr. Johnson continues to complain to the medical personnel at FCC and receives no response. A simple google search for blood pressure 116/110 says this indicates Hypertension Stage 3. It is the most severe case of high blood pressure and usually needs immediate attention by a doctor or health care professional. It is also referred to as Hypertensive Crisis. Mr. Johnson also recently had knee surgery and needed to have physical therapy after the surgery. Mr. Johnson can only walk around the 12 x 12 room when his cell mates are asleep, and cannot do any of his recommended exercises.

The above release plan is extremely secure, with every measure of protection. The alleged victims are often not in the Fairbanks area, and have security personnel available to them at all times. Mr. Johnson will be monitored, both by his third party and GPS electronic monitoring, 24 hours a day, seven days a week. He will be able to get the medical care that he needs, which at present for reasons which appear to be related to overcrowding at the Fairbanks jail and COVID, amongst other issues. In light of the secure release plan, Mr. Johnson's medical conditions, and the conditions at the jail during this pandemic, Mr. Johnson seeks release under the release plan set forth above.

DATED on the 9 day of November, 2021, at Fairbanks, Alaska.

JASON WEINER & ASSOCIATES, PC
Attorneys for Defendant

Jason A. Weiner, ABA No. 9906031

JASON WEINER AND
ASSOCIATES, PC

1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was provided via ☑ email ☐ courier ☐ hand-delivery to the following:

Ryan Tansey
Ryan.Tansey@usdoj.gov

Dated: 11/9/21  By: [signature]

Proposed Third Party:

Travis Johnson

DOB: 7/10/57

Driver's License Number: 0473936

Phone Number: 907-388-8525

Address: 177 East Birch Hill Rd. Fairbanks, AK 99712

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAY ALLEN JOHNSON,

    Defendant.

Case No. 4:21-CR-00019-RRB-SAO

## ORDER GRANTING MOTION REQUESTING BAIL REVIEW HEARING

> I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

Based upon Defendant, Jay Johnson's Motion Requesting Bail Review Hearing, having heard the Opposition, (if any), and the Court being otherwise fully advised in the premises and good cause appearing;

**IT IS HEREBY ORDERED** that there will be a bail review hearing scheduled ____ day of _____, 2021 at ____ am/pm.

DATED on this ____ day of _____, 2021, at Fairbanks, Alaska

_____
District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing was provided via ☑ email ☐ courier ☐ hand-delivery to the following:

Ryan Tansey
Ryan.Tansey@usdoj.gov
Dated: 11/9/21    By: [signature]

JASON WEINER AND ASSOCIATES, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

State v. Jay Johnson
Case No. 4:21-CR-00019-RRB-SAO
Page 1 of 1
Order Granting Motion Requesting Bail Review Hearing